Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Discover Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEVONGE C. DEAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>DISCOVER BANK; EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　Defendants. | CASE NO. 2:17-cv-02771-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

　　　Defendant Discover Bank's ("Discover") response to plaintiff Devonge C. Dean's complaint currently is due November 27, 2017. Plaintiff and Discover stipulate and agree that Discover has up to and including December 11, 2017 to respond to plaintiff's complaint, to provide time for Discover to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Discover. This request is made in good faith and not made for

*[Continued on following page.]*

purposes of delay.

Dated: November 22, 2017

BALLARD SPAHR LLP                                    HAINES & KRIEGER.

By: /s/ Lindsay Demaree                              By: /s/ David Krieger
Joel E. Tasca                                        David H. Krieger
Nevada Bar No. 14124                                 Nevada Bar No. 9086
Lindsay Demaree                                      8985 S. Eastern Avenue, Suite 130
Nevada Bar No. 11949                                 Henderson, Nevada 89123
100 North City Parkway, Suite 1750                   (702) 880-5554
Las Vegas, Nevada 89106                              dkrieger@hainesandkrieger.com

*Attorneys for Defendant*                            *Attorneys for Plaintiff*
*Discover Bank*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: November 28, 2017