Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Discover Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEVONGE C. DEAN,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER BANK; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | CASE NO. 2:17-cv-02771-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Defendant Discover Bank's ("Discover") response to plaintiff Devonge C. Dean's complaint currently is due December 11, 2017. Plaintiff and Discover stipulate and agree that Discover has up to and including December 18, 2017 to respond to plaintiff's complaint, to provide additional time for Discover to investigate plaintiff's allegations and to discuss a potential early resolution of the claims asserted against Discover. This request is made in good faith and not made for

*[Continued on following page.]*

purposes of delay.

Dated: December 12, 2017

| | |
|---|---|
| BALLARD SPAHR LLP | HAINES & KRIEGER. |
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant*<br>*Discover Bank* | By: /s/ Rachel Saturn<br>David H. Krieger<br>Nevada Bar No. 9086<br>Rachel Saturn<br>Nevada Bar No. 8653<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

DATED: December 12, 2017