Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Discover Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEVONGE C. DEAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DISCOVER BANK; EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | CASE NO. 2:17-cv-02771-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

　　　　Defendant Discover Bank's ("Discover") response to plaintiff Devonge C. Dean's complaint currently is due December 18, 2017. Discover requested, and plaintiff does not oppose, that Discover may have up to and including December 27, 2017 to respond to plaintiff's complaint, to provide additional time for Discover to investigate plaintiff's allegations and then discuss a potential early resolution of the claims asserted against Discover. This request is made in good faith and not made

*[Continued on following page.]*

for purposes of delay.

Dated:  December 15, 2017

BALLARD SPAHR LLP

By: /s/ Lindsay Demaree
Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Defendant
Discover Bank*

HAINES & KRIEGER.

By: /s/ David H. Krieger
David H. Krieger
Nevada Bar No. 9086
Rachel Saturn
Nevada Bar No. 8653
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
(702) 880-5554
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

DATED: December 18, 2017

DMEAST #32724703 v1       2