David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff,*
*DEVONGE C. DEAN*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| DEVONGE C. DEAN, <br><br> Plaintiff, <br><br> v. <br><br> DISCOVER BANK; EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | ) Case No. 2:17-cv-02771-GMN-CWH <br> ) <br> ) <br> ) <br> ) <br> ) **STIPULATION AND ORDER** <br> ) **DISMISSING ACTION WITH** <br> ) **PREJUDICE AS TO DISCOVER** <br> ) **BANK** <br> ) <br> ) <br> ) |

Plaintiff DEVONGE C. DEAN and Defendant DISCOVER BANK hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…
…
…
…
…
…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to **DISCOVER BANK**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: March 2, 2018

By:

*/s/David H. Krieger, Esq.*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff,*
DEVONGE C. DEAN

By:

*/s/Lindsay Demaree, Esq.*
Lindsay Demaree, Esq.
Ballard Spahr LLP
100 North City Parkway
Suite 1750
Las Vegas, NV 89106-4617
demareel@ballardspahr.com

*Attorney for Defendant,*
DISCOVER BANK

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: ___March 9, 2018___